# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 18, 2024

### NO. 03-24-00498-CV

**David Lynn Johnson, Appellant**

**v.**

**Matthew David Skaggs and Cheyenne Elaine Skaggs, Appellees**

**APPEAL FROM THE 33RD DISTRICT COURT OF SAN SABA COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on July 8, 2024. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.